[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12352
Non-Argument Calendar
_____

D.C. Docket No. 6:12-cr-00006-ACC-TBS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORLANDO ISMAEL MUNIZ,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 24, 2014)

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Joseph R. Johnson, appointed counsel for Orlando Muniz, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Muniz's conviction and sentence are **AFFRIMED**.